CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Rev. Earnest Lee Hobley
413 Longfellow St. NW
Washington DC 20011          Plaintiff

vs.

KFC US Properties Inc
Greg Dedrick, President          Defendant
1441 Gardiner Lane
Louisville Kentucky 40213

Civil Action No. 05-0008394

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Name of Plaintiff's Attorney: Rev. Earnest Lee Hobley
Address: 413 Longfellow Street NW, Washington DC 20011
Telephone: 301-237-3564

By _____ Deputy Clerk

Date: 10/24/05

05-2190

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

**FILED**
NOV - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley
413 Longfellow Street, N. W.
Washington, D.C. 20011

    Plaintiff

Vs.                                                                                   Civil Action No.

KFC U.S. Properties, Inc.                                        05-0008394
Greg Dedrick, President (Served)
1441 Gardnier Lane                                           RECEIVED
Louisville, Kentucky 40213                              CIVIL CLERK'S OFFICE

    Defendant                                                    OCT 2 1 2005

                                                                                   SUPERIOR COURT
                                                                                  OF THE DISTRICT OF COLUMBIA
                                                                                      WASHINGTON, DC

## COMPLAINT

1. Plaintiff brings this action under the Civil Rights Act Against Breach of Arbitration Agreement under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 D.C.

2. Jurisdiction of this Court is provided pursuant to D. C. Code Sec. 2-1403.16 and 11-921 (1981) since the defendant does business in D. C., plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

3. Venue is appropriate since defendant does business in D. C., plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

## PARTIES

4. Plaintiff, Rev. Earnest Lee Hobley is a 48-year old African-American male who resides in Washington, D.C.

5. Defendant, Kentucky Fried Chicken, U. S. Properties, Inc. is a for-profit company that operates a chain of fast food restaurants in the metropolitan Washington, D.C. area.

## FACTS

6. Plaintiff, Rev Earnest Lee Hobley is a former employee of KFC. KFC claims that Rev. Hobley and KFC agreed, in writing, to use a binding arbitration agreement for any claims that arose between KFC and the plaintiff Rev. Hobley concerning conversations, employment or termination of employment.

7. KFC restaurant's cash and security guidelines under the arbitration agreement states that the violation of the restaurant's cash and security guidelines may result in corrective action up to and including termination of employment.

8. The arbitration agreement between the plaintiff and KFC was breached by KFC on February 28, 2003 when KFC's general manager Mr. Olu Adepegba reported a lie to the metropolitan police that on February 7, 2003, Rev. Hobley had stolen $1,589.12 of KFC's funds.

9. Because KFC breached their arbitration agreement, the plaintiff, Rev. Hobley was falsely arrested, maliciously prosecuted, suffered defamation of character and damage to his impeccable reputation as a Christian Minister.

10. On April 11, 2003, the D.C. Department of Employment Services found that the allegations made by KFC employee general manager Olu Adepegba were not true, thus the plaintiff received unemployment.

11. On February 6, 2004, the D.C. Superior Court ruled (America vs. Hobley) that there was no probable cause for the plaintiff's arrest. D. C. Superior Court concluded that the plaintiff, Rev. Hobley was innocent of the employer's allegations of theft.

Moreover D. C. Superior Court concluded and ruled that Rev. Hobley was not responsible for KFC's missing deposit for the morning of February 2, 2003 and that Mr. Adepegba's allegations of theft were not true. In addition, D. C. Superior Court indicated that **Mr. Adepegba himself could have been a suspect regarding the "missing funds."**

## NATURE OF CLAIM

12. The nature of claim is based on the breach of the arbitration agreement, governed under the "Other Civil Rights" (non-discrimination) listed in the "L" section (440) Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendeant compensates the Plaintiff for pain and suffering damages that he suffered because of breach of employment arbitration agreement.

2. Direct that defendant compensate the Plaintiff for punitive damages for their breach of employment arbitration agreement, and

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorney's fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for breach of employment arbitration agreement, and

4. Grant such additional relief as the Court deems proper, and Wherefore, the oremises considered, the Plaintiff demands judgement against the Defendant in the amount of $750,000,000.000.

### JURY DEMANDS

Plaintiff demands a trial by Jury.

Respectfully Submitted,

*pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

RECEIVED

Rev ERNEST LEE HOBLEY
Vs.
KFC U.S. PROPERTIES, INC

C.A. No. OCT 2 5 2005
2005 CA 008394 B

LAW DEPT.
R.S. TOOP

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge RUSSELL F CANAN
Date:    10/21/05
Initial Conference: 9:30 am, Friday, January 27, 2006
Location: Courtroom 518
         500 Indiana Avenue N.W.
         WASHINGTON, DC 20001

Caio-60.doc