UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

        Plaintiff                                            Civil Action No. 1:05-cv-2190

Vs.

KFC U. S. Properties, Inc.                        Hon. R.M.C.

        Defendant

## THE PLAINTIFF'S MOTION FOR CLARIFICATION CONCERNING THE DEFENDANT'S BREACH OF THEIR ARBITRATION AGREEMENT

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

1. Did KFC ever present to the Court evidence that there was a signed agreement between both parties to arbitrate?

2. Was it the Court's opinion that there was an arbitration agreement between the parties without the defendant presenting any evidence?

3. Did the Court know that KFC had breached their arbitration agreement?

4. Did the Court confirm that Fleck and Morgan case was analogous to the Plaintiff's case, when they were found guilty of their employee's allegations and the Plaintiff was found innocent of his employer's allegations?

5. Did the Court know that the argument concerning Fleck and Morgan clearly stated that Fleck and Morgan's employer **adhered** to their arbitration agreement, whereas KFC did not?

6. Can the Plaintiff be bound by an arbitration agreement that the defendant is free to ignore?

7. Did the Court (Judge Rosemary Collyer) in the August 3, 2004 Memorandum Of Opinion state the following opinion: "KFC seeks to tie it to his employment by

RECEIVED
NOV 22 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

arguing that this claim concerning Rev. Hobley's employment. *See* Motion at 6. On these facts, this argument is not accurate. Rev Hobley was found not guilty of the allegation of theft.

WHEREFORE, the premises considered, Plaintiff respectfully requests that:

1. Defendant's Motion To Enforce Arbitration Agreement and Dismiss Complaint, And To Sanction Plaintiff For Vexatious Litigation be dismissed with prejudice; and,

2. Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of competent jurisdiction.

3. For such other and further relief as to this Honorable Court seems just and proper.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THE PLAINTIFF'S MOTION FOR CLARIFICATION CONCERNING THE DEFENDANT'S BREACH OF THEIR ARBITRATION AGREEMENT** was mailed on November 22, 2005 to the following:

                        Attorney Eric J. Pelton
                        280 North Old Woodward Avenue, Suite 400
                        Birmingham, Michigan 48009-5394

_pro se_ Rev. Earnest Lee Hobley